**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Joseph Allen Augustine; aka Joe Augistine |
| Debtor 2 (Spouse, if filing) | Lori Kay Augustine; fka Lori Smith |
| United States Bankruptcy Court for the: | Eastern District of California |
| Case number | 18-20726 |

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 4 5 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2019

**New total payment:** $ 1,305.19
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 350.85        New escrow payment: $ 385.96

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

| Debtor 1 | Joseph Allen Augustine | Case number (if known) | 18-20726 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile
Signature

Date 09/05/2019

Print: **D. Anthony Sottile**
First Name  Middle Name  Last Name

Title **Authorized Agent for Creditor**

Company **Sottile & Barile, LLC**

Address **394 Wards Corner Road, Suite 180**
Number  Street

**Loveland          OH    45140**
City          State   ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**

SN Servicing Corporation     Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   August 27, 2019

JOSEPH A AUGUSTINE     Loan:
LORI K AUGUSTINE
5312 MAUI WAY     Property Address:
FAIR OAKS CA  95628     5312 MAUI WAY
    FAIR OAKS, CA  95628

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Dec 2018 to Sept 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Oct 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 919.23 | 919.23 |
| Escrow Payment: | 350.85 | 385.96 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,270.08 | $1,305.19 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jul 01, 2019 |
| Escrow Balance: | 193.30 |
| Anticipated Pmts to Escrow: | 1,052.55 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $1,245.85 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (3,059.76) |
| Dec 2018 | | 342.02 | | | * | | 0.00 | (2,717.74) |
| Feb 2019 | | 684.04 | | | * | | 0.00 | (2,033.70) |
| Mar 2019 | | | | 1,776.94 | * | County Tax | 0.00 | (3,810.64) |
| Apr 2019 | | 342.02 | | | * | | 0.00 | (3,468.62) |
| Apr 2019 | | | | 772.00 | * | Homeowners Policy | 0.00 | (4,240.62) |
| May 2019 | | 342.02 | | | * | | 0.00 | (3,898.60) |
| May 2019 | | 1,138.00 | | | * | Escrow Only Payment | 0.00 | (2,760.60) |
| Jun 2019 | | 1,562.93 | | | * | Escrow Only Payment | 0.00 | (1,197.67) |
| Jun 2019 | | 338.42 | | | * | | 0.00 | (859.25) |
| Jul 2019 | | 350.85 | | | * | | 0.00 | (508.40) |
| Jul 2019 | | 350.85 | | | * | | 0.00 | (157.55) |
| Aug 2019 | | 350.85 | | | * | | 0.00 | 193.30 |
| | | | | | | Anticipated Transactions | 0.00 | 193.30 |
| Aug 2019 | | 701.70 | | | | | | 895.00 |
| Sep 2019 | | 350.85 | | | | | | 1,245.85 |
| | $0.00 | $6,854.55 | $0.00 | $2,548.94 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation     Final

For Inquiries: (800) 603-0836

Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: August 27, 2019

JOSEPH A AUGUSTINE     Loan: ███

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| | To Escrow | From Escrow | | Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 1,245.85 | 2,162.94 |
| Oct 2019 | 360.49 | | | 1,606.34 | 2,523.43 |
| Nov 2019 | 360.49 | | | 1,966.83 | 2,883.92 |
| Dec 2019 | 360.49 | 1,776.94 | County Tax | 550.38 | 1,467.47 |
| Jan 2020 | 360.49 | | | 910.87 | 1,827.96 |
| Feb 2020 | 360.49 | | | 1,271.36 | 2,188.45 |
| Mar 2020 | 360.49 | | | 1,631.85 | 2,548.94 |
| Apr 2020 | 360.49 | 1,776.94 | County Tax | 215.40 | 1,132.49 |
| May 2020 | 360.49 | 772.00 | Homeowners Policy | (196.11) | 720.98 |
| Jun 2020 | 360.49 | | | 164.38 | 1,081.47 |
| Jul 2020 | 360.49 | | | 524.87 | 1,441.96 |
| Aug 2020 | 360.49 | | | 885.36 | 1,802.45 |
| Sep 2020 | 360.49 | | | 1,245.85 | 2,162.94 |
| | $4,325.88 | $4,325.88 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 720.98. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 720.98 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,245.85. Your starting balance (escrow balance required) according to this analysis should be $2,162.94. This means you have a shortage of 917.09. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 36 months.

We anticipate the total of your coming year bills to be 4,325.88. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 360.49 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 25.47 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $385.96 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,279.72 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | Case No. 18-20726 |
| Joseph Allen Augustine<br>  *aka* Joe Augistine<br>Lori Kay Augustine<br>  *fka* Lori Smith | Chapter 13 |
| Debtors. | Hon. Judge Christopher D. Jaime |

## CERTIFICATE OF SERVICE

I certify that on September 5, 2019, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on September 5, 2019, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Mikalah R. Liviakis, Debtors' Counsel
    2377 Gold Meadow Way, #100
    Gold River, CA 95670

    Jan P. Johnson, Chapter 13 Trustee
    PO Box 1708
    Sacramento, CA 95812

    Joseph Allen Augustine, Debtor
    5312 Maui Way
    Fair Oaks, CA 95628

Lori Kay Augustine, Debtor
5312 Maui Way
Fair Oaks, CA 95628

| | |
|---|---|
| Dated: September 5, 2019 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |